UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANSICO JOYA CANO, an individual,<br><br>　　　　　Plaintiff,<br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-07072-SVW-MAA<br><br>*Assigned Judge: Stephen V. Wilson*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: April 24, 2025       By: _____
                              Hon. Stephen V. Wilson
                              United States District Judge